## Electrolux Corp., Appellant, *v.* Newhart.

Argued June 18, 1958. Before RHODES, P. J., GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ. (HIRT, J., absent).

*Roland Fleer,* with him *Raymond K. Hess,* and *Moss, Rieser & Bingaman,* for appellant.

*Clarence C. Mendelsohn,* for appellee.

OPINION PER CURIAM, July 17, 1958:

The six judges who heard the argument of this case being equally divided in opinion, the order of the court below is affirmed.